UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

GEORGE MATZEK

MAGISTRATE JUDGE: Madeline Cox Arleo, U.S.M.J.

MAGISTRATE NO.: 2:12-MJ-8058

DATE OF PROCEEDINGS: 4/16/2012

DATE OF ARREST: 4/16/2012

PROCEEDINGS: Rule 5 - Initial Appearance

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(X) APPT. OF COUNSEL:  X  AFPD  __ CJA
(X) WAIVER OF HRG.:  __ PRELIM  X REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  __ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT
(X) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A
    BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: $150,000
(X) TRAVEL RESTRICTED NJ & CDCA
(X) REPORT TO PRETRIAL SERVICES
(X) DRUG TESTING AND/OR TREATMENT
(X) MENTAL HEALTH EVALUATION AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
    ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL:  __ COURT  __ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA          DARA GOVAN, AUSA

DEFT. COUNSEL    KEVIN CARLUCCI, AFPD

PROBATION _____

INTERPRETER _____
       Language: ( )

Time Commenced: 3:06 pm
Time Terminated: 3:10 pm
CD No:  12-4K

_Kimberly Darling_
DEPUTY CLERK