

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419

William T. Walsh, CLERK

April 16, 2012

CENTRAL DISTRICT OF CALIFORNIA
UNITED STATES COURTHOUSE
312 NORTH SPRING STREET - ROOM G8
LOS ANGELES, CA 90012-4701


RE:   United States of America v. GEORGE MATZEK
      Our Docket No. 2:12-MJ-8058
      Your Docket No. 11-CR-1137

Dear Clerk:

Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. If applicable, a certified copy of the Appearance Bond is enclosed. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.


Sincerely,

WILLIAM T. WALSH, Clerk


By: /s/ Kimberly Parling
Deputy Clerk



RECEIPT ACKNOWLEDGED BY: _____
DATE: _____

DNJ-Crim-004(Rev. 09/06)

## Instructions for Retrieving Electronic Case Files

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:
Link to Electronic Filing System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

- Reports
- Docket Sheet
- Enter Case Number in the following format: [06mj1234]
- Run Report

  ▶ To view a document from the docket sheet, click on the blue "underlined" document number;

  ▶ To download, click on File, Save a Copy and save to your specific directory;

  ▶ If the document does not have an underlined document number, it is either:

    - A text only entry and no document is attached, or
    - An entry made prior to electronic case filing and the original is enclosed, or
    - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

- Camden - 866-726-0726 or 856-757-5285
- Newark - 866-208-1405 or 973-645-5924
- Trenton - 866-848-6059 or 609-989-2004

Hon. Madeline Cox Arleo, U.S.M.J.
UNITED STATES DISTRICT COURT
50 Walnut Street
Newark, New Jersey 07101-0419
Attn: Kimberly Darling, Deputy Clerk